UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ORIGINAL

-----------------------------------------------------------X

SERGE KANNON,

Plaintiff,

v.

Case No. 1:26-cv-00955-AMD-PK

THE AFFILIATI NETWORK LLC and

SANJAY PALTA,

Defendants.

-----------------------------------------------------------X

RECEIVED
MAY 12 2026
PRO SE OFFICE

**DECLARATION OF SERGE KANNON IN SUPPORT OF**

**SERVICE OF PROCESS UPON DEFENDANT SANJAY PALTA**

I, Serge Kannon, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

**1.** I am the Plaintiff in the above-captioned action, proceeding pro se. I have personal knowledge of the facts set forth herein and submit this declaration to document my efforts to effect service of process upon Defendant Sanjay Palta and to establish that Palta's counsel expressly authorized service of the summons and complaint by email upon their office on his behalf. Plaintiff respectfully requests that the Court accept the series of email transmissions described herein as sufficient service of process upon Defendant Palta.

REC'D IN PRO SE OFFICE
MAY 12 '26 PM4:35

## I. PERSONAL SERVICE ATTEMPTS BY LICENSED PROCESS SERVER

**2.** On or about February 23, 2026, I retained RezacMeyer, a licensed process-serving company, to effect personal service upon Defendant Sanjay Palta at 804 Anacapa Street, Santa Barbara, California 93101, which the process server confirmed was a good address for the subject.

**3.** RezacMeyer assigned the matter Workorder Number VN177904. Server Colin Hoag (Reg. No. 736, Ventura) attempted service on February 23, 2026 at 2:43 p.m. at that address. The server's report stated: "CONFIRMED GOOD ADDRESS FOR SUBJECT BUT NOT IN."

**4.** RezacMeyer proceeded to make additional service attempts on February 24, 25, and 26, 2026. All four attempts were unsuccessful. On March 1, 2026, Zack at RezacMeyer Support reported to me in writing that the address had been confirmed and that the server made daily attempts on February 24, 25, and 26, but that service remained incomplete. His email stated: "it appears the staff at this winery are covering for subject." RezacMeyer waived the invoice as a result.

**5.** True and accurate copies of the relevant RezacMeyer status update email (dated February 23, 2026) and the follow-up email from RezacMeyer Support (dated March 1, 2026) are appended to this declaration as Exhibit 1 and Exhibit 2, respectively.

## II. AUTHORIZATION OF SERVICE BY EMAIL BY PALTA'S COUNSEL

**6.** On March 6, 2026, I sent an email to Ruben E. Socarras of Chane Socarras, PLLC (RSocarras@cslawfl.com), who was then counsel of record for Defendant Palta. I attached a copy of the complaint and asked: "Will your client, Sanjay Palta, extend good faith and accept service by email through your office?"

**7.** On March 11, 2026 at approximately 3:54 p.m., Mr. Socarras replied: "Mr. Palta has authorized our office to accept service of the complaint in this matter." A true and accurate copy of this email exchange is appended as Exhibit 3.

**8.** In reliance on that representation, on March 13, 2026 at 12:03 a.m., I transmitted the summons and complaint to Mr. Socarras's office by email (subject line: "Service of Complaint - Sanjay Palta"). I subsequently sent a second transmission on March 13, 2026 at 6:32 p.m. (subject line: "Disregards Previous. Resend here - Service of Complaint - Sanjay Palta") to both RSocarras@cslawfl.com and jchane@cslawfl.com. True and accurate copies of these transmissions are appended as Exhibit 4 and Exhibit 5, respectively.

## III. EXPLICIT CONFIRMATION THAT SERVICE BY EMAIL WAS AUTHORIZED

**9.** Because Mr. Socarras's March 11 response authorized service generally but did not specify whether email was included, I sent a follow-up email on March 14, 2026 at 6:31 p.m. (subject: "Please clarify"). I noted that both March 13 transmissions remained in "delivered, unopened" status and asked directly: "Please confirm whether your office will accept service by email on Mr. Palta's behalf. If not, kindly advise and I will arrange for formal service at your office through a process server."

**10.** On March 14, 2026 at 6:33 p.m., two minutes after my clarification request, Mr. Socarras replied: "Mr. Kannon, Service by email is fine." A true and accurate copy of this exchange is appended as Exhibit 6.

**11.** On March 15, 2026 at approximately 1:57 a.m., I followed up again, advising Mr. Socarras that I had transmitted the summons and complaint twice, with the most recent transmission on March 13 at 6:32 p.m., and requesting confirmation of receipt.

## IV. FURTHER CORRESPONDENCE AND RESERVICE

**12.** Having received no confirmation of receipt, on March 16, 2026 at 6:56 p.m. I sent Mr. Socarras a comprehensive email (subject: "Service of process difficulty.") summarizing the full service history: the four failed personal service attempts, the winery coverage report, Mr. Socarras's two prior authorizations, and the status of the March 13 transmissions. I again requested written confirmation that service had been accepted.

**13.** On March 16, 2026 at 11:52 p.m., Mr. Socarras replied: "I am aware of service on Affiliati Network, and it will be responding in due course. I also already advised you that we accepted service via email for Mr. Palta. I have a copy of the WORD version of the complaint you provided 3/6. I do not have any attachments from you from a 3/13 email. I also have a copy of the second amended complaint dated February 20, 2026 from the docket." He asked that I provide PDF versions. A true and accurate copy of this exchange is appended as Exhibit 7.

**14.** On March 16, 2026, I resent the summons and Second Amended Complaint in PDF format to Mr. Socarras's office by email, with the PDF files attached. True and accurate copies of those transmissions are appended as Exhibit 8.

## V. SUMMARY TIMELINE

The following table summarizes the chronology of service efforts:

| Date | Event |
|---|---|
| **Feb. 23, 2026** | First personal service attempt at 804 Anacapa St., Santa Barbara, CA. Server Colin Hoag (Reg. 736): "Confirmed good address for subject but not in." (RezacMeyer Workorder VN177904) |
| **Feb. 24-26, 2026** | Three additional personal service attempts by RezacMeyer at same address. All unsuccessful. |
| **Mar. 1, 2026** | RezacMeyer Support (Zack) confirms four total attempts and reports: "it appears the staff at this winery are covering for subject." Invoice waived. |
| **Mar. 6, 2026** | Plaintiff emails Socarras (RSocarras@cslawfl.com), attaches complaint, asks if Palta will accept service by email through counsel's office. |
| **Mar. 11, 2026** | Socarras replies: "Mr. Palta has authorized our office to accept service of the complaint in this matter." |
| **Mar. 13, 2026 (12:03 a.m.)** | Plaintiff transmits summons and complaint by email to Socarras in reliance on the March 11 authorization. |
| **Mar. 13, 2026 (6:32 p.m.)** | Plaintiff resends summons and complaint by email to Socarras and Chane (jchane@cslawfl.com). Both emails show "delivered, unopened" status. |

| Date | Event |
|---|---|
| **Mar. 14, 2026 (6:31 p.m.)** | Plaintiff sends "Please clarify" email asking specifically whether email service is authorized, noting both March 13 emails remain unread. |
| **Mar. 14, 2026 (6:33 p.m.)** | Socarras replies within two minutes: "Mr. Kannon, Service by email is fine." |
| **Mar. 15, 2026** | Plaintiff follows up requesting confirmation of receipt of the March 13 transmissions. |
| **Mar. 16, 2026 (6:56 p.m.)** | Plaintiff sends comprehensive summary email documenting full service history and again requesting written confirmation. |
| **Mar. 16, 2026 (7:52 p.m.)** | Socarras confirms: "I also already advised you that we accepted service via email for Mr. Palta." Notes he received the Word version on 3/6 but not the 3/13 PDF attachments. Requests PDF reservice. |
| **Mar. 16, 2026 (7:59 p.m.)** | Plaintiff resends summons and SAC as PDFs to Socarras's office. |

## VI. BASIS FOR ACCEPTANCE OF SERVICE

**15.** The email record establishes the following in support of Plaintiff's request that the Court accept the email transmissions as service of process upon Defendant Palta:

**(a)** Plaintiff made four documented personal service attempts at Palta's confirmed address through a licensed process server before pursuing alternative service by agreement.

**(b)** Personal service at Palta's confirmed address was unsuccessful after four attempts, with the process server reporting that staff at the location appeared to be covering for the subject.

**(c)** Palta's own counsel subsequently provided three separate written authorizations for service by email: (1) "Mr. Palta has authorized our office to accept service of the complaint in this matter" (March 11); (2) "Service by email is fine" (March 14); and (3) "I also already advised you that we accepted service via email for Mr. Palta" (March 16).

**(d)** The summons and complaint were transmitted to Palta's counsel's office by email on three occasions: March 13 (12:03 a.m.), March 13 (6:32 p.m.), March 16 (7:59 p.m.), all following express authorization by counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2026, in Brooklyn, New York.

Serge Kannon
Plaintiff, Pro Se
1021 East 108th Street, Apt. 2A
Brooklyn, New York 11236
(718) 510-3692
imagineth@gmail.com

# Exhibit 1

## STATUS UPDATE - SERGE KANNON Regarding: Sanjay Palta
1 message

<noreply@rezacmeyer.com>	Mon, Feb 23, 2026 at 7:43 PM
To: imagineth@gmail.com

# REZAC-MEYER
## ATTORNEY SERVICE

| | |
|---|---|
| Workorder:: | VN177904 |
| Reference Number: | SERGE KANNON |
| Case Number: | 1:26-cv-00955-AMD-PK |
| Case Title: | SERGE KANNON vs THE AFFILIATI NETWORK LLC,SANJAY PALTA |
| Job Type: | 1. Process - Today |
| Ordered By: | SERGE KANNON - (718) 510-3692 |
| Ordered On: | 2/23/2026 |
| Servee: | Sanjay Palta |
| Documents: | S & C PKT; |
| | Date: 2/23/2026<br>Time: 2:43 PM<br>Server: COLIN HOAG reg: 736, VENTURA<br>Address Attempted: 804 ANACAPA ST, , SANTA BARBARA, CA 93101<br>CONFIRMED GOOD ADDREESS FOR SUBJECT BUT NOT IN. |

**Thank you for your Business.**

support@rezacmeyer.com

Check for status updates, conformed copies and print invoices:

CLIENT PORTAL

Exhibit 2

## STATUS UPDATE - SERGE KANNON Regarding: Sanjay Palta

1 message

**RezacMeyer Support** <Support@rezacmeyer.com> Sun, Mar 1, 2026 at 3:08 PM
To: Serge Kannon <imagineth@gmail.com>

Hi Serge,

You gave us the documents on the 23rd not the 22nd. We made an attempt on a Hot Rush basis that same day and sent status that same day.

The servers are very busy so they can't always give us the status daily but we should have been more communicative on that. Our server proceeded to make daily attempts on the 24th, 25th, and 26th but it remains un-served as it appears the staff at this winery are covering for subject.

I will disregard the diligence and zero bill the invoice. I apologize for the inconvenience.

Regards,

Zack

[Quoted text hidden]

Exhibit 3

# For your convenience.
4 messages

**Serge Kannon** <imagineth@gmail.com> Fri, Mar 6, 2026 at 2:47 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,
I have attached a copy of the complaint I filed in EDNY against Affiliati Network and Sanjay Palta for your convenience.

Will your client, Sanjay Palta, extend good faith and accept service by email through your office?

Regards,
Serge Kannon

**Print Kannon_v_Affiliati_Second Amended Complaint (1).docx**
22 KB

---

**Serge Kannon** <imagineth@gmail.com> Fri, Mar 6, 2026 at 3:32 PM
To: jchane@cslawfl.com

Mr. Chane,
[Quoted text hidden]

**Print Kannon_v_Affiliati_Second Amended Complaint (1).docx**
22 KB

---

**Mailsuite Reminder** <reminders@mailsuite.com> Sat, Mar 7, 2026 at 3:33 PM
Reply-to: rsocarras@cslawfl.com
To: imagineth@gmail.com

You've not received a reply yet. Snooze for 24H, 48H, or 72H

---

**Ruben E. Socarras** <RSocarras@cslawfl.com> Wed, Mar 11, 2026 at 4:54 PM
To: Serge Kannon <imagineth@gmail.com>
Cc: Jafar Abuyounis <JAbuyounis@cslawfl.com>, Jennifer Shand <jennifer@cslawfl.com>

Good afternoon Mr. Kannon,

Mr. Palta has authorized our office to accept service of the complaint in this matter.

**Ruben E. Socarras**
Partner
Chane Socarras, PLLC
327 Plaza Real Blvd. Suite 217 | Boca Raton, Florida 33432
Tel. (561) 609-3190 | Direct. (561) 756-9469 | Fax. (561) 708-6616
Web www.cslawfl.com/ | Email rsocarras@cslawfl.com

CHANE SOCARRAS
BUSINESS LAW & LITIGATION

# Exhibit 4

## Service of Complaint - Sanjay Palta

1 message

**Serge Kannon** <imagineth@gmail.com>
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Fri, Mar 13, 2026 at 12:03 AM

Mr. Socarras,

Thank you for your response.

Pursuant to your representation that Mr. Palta has authorized your office to accept service of the complaint in this matter, please find attached the Summons and Complaint filed in the United States District Court for the Eastern District of New York.

Service is being effected by this transmission pursuant to your email of March 11, 2026 stating that Mr. Palta has authorized your office to accept service.

Please accept this email and the attached documents as service of process upon Sanjay Palta through your office.

Kindly confirm receipt and acceptance of service.

Regards,
Serge Kannon

---

**2 attachments**

**Kannon_v_Affiliati_Second_Amended_Complaint.pdf**
102 KB

**Sanjay_Palta_Summons.pdf**
230 KB

# Exhibit 5

**Disregards Previous. Resend here - Service of Complaint - Sanjay Palta**
2 messages

**Serge Kannon** <imagineth@gmail.com> Fri, Mar 13, 2026 at 6:32 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>, jchane@cslawfl.com

I am resending this to avoid any spam filter issues.

---------- Forwarded message ---------
From: **Serge Kannon** <imagineth@gmail.com>
Date: Fri, Mar 13, 2026 at 12:03 AM
Subject: Service of Complaint - Sanjay Palta
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,

Thank you for your response.

Pursuant to your representation that Mr. Palta has authorized your office to accept service of the complaint in this matter, please find attached the Summons and Complaint filed in the United States District Court for the Eastern District of New York.

Service is being effected by this transmission pursuant to your email of March 11, 2026 stating that Mr. Palta has authorized your office to accept service.

Please accept this email and the attached documents as service of process upon Sanjay Palta through your office.

Kindly confirm receipt and acceptance of service.

Regards,
Serge Kannon

---

**2 attachments**

**Kannon_v_Affiliati_Second_Amended_Complaint.pdf**
102 KB

**Sanjay_Palta_Summons.pdf**
230 KB

---

**Mailsuite Reminder** <reminders@mailsuite.com> Sat, Mar 14, 2026 at 6:33 PM
Reply-to: rsocarras@cslawfl.com, jchane@cslawfl.com
To: imagineth@gmail.com

Your email to RSocarras@cslawfl.com and one other recipient has not been opened yet. Snooze for 24H, 48H or 72H (disable)

# Exhibit 6

## Please clarify

3 messages

---

**Serge Kannon** <imagineth@gmail.com> — Sat, Mar 14, 2026 at 6:31 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>
Cc: Jafar Abuyounis <JAbuyounis@cslawfl.com>, jennifer@cslawfl.com

Mr. Socarras,

Thank you for your response.

For clarity, my prior message asked whether your client would agree to accept service **by email** through your office. Your reply indicated that Mr. Palta has authorized your office to accept service on his behalf, but it did not specify whether that authorization includes service by email.

In reliance on my request, I have transmitted the summons and complaint to you by email.

Please confirm whether your office will accept service by email on Mr. Palta's behalf. If not, kindly advise and I will arrange for formal service at your office through a process server.

Sincerely,
Serge Kannon

---

**Ruben E. Socarras** <RSocarras@cslawfl.com> — Sat, Mar 14, 2026 at 6:33 PM
To: Kannon Serge <imagineth@gmail.com>
Cc: Jafar Abuyounis <JAbuyounis@cslawfl.com>, Jennifer Shand <jennifer@cslawfl.com>

Mr. Kannon,

Service by email is fine.

**Ruben E. Socarras**
*Partner*
Chane Socarras, PLLC

Tel. (561) 609-3190 | Direct. (561) 756-9469 | Fax. (561) 708-6616
Web www.cslawfl.com | Email rsocarras@cslawfl.com

> On Mar 14, 2026, at 6:31 PM, Serge Kannon <imagineth@gmail.com> wrote:
>
> [Quoted text hidden]

---

**Serge Kannon** <imagineth@gmail.com> — Sat, Mar 14, 2026 at 9:57 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,
I sent the summons and complaint by email twice. The latest was sent on March 13 at 6:32 PM. Please confirm receipt.

Sincerely,
Serge Kannon
[Quoted text hidden]

# Exhibit 7

## Service of process difficulty.

4 messages

---

**Serge Kannon** <imagineth@gmail.com> Mon, Mar 16, 2026 at 6:56 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,

Please be advised that Affiliati Network has been duly served through its registered agent.

With respect to Defendant Sanjay Palta, four attempts to effect personal service were undertaken by a licensed process-service company. Those attempts were unsuccessful. The process server reported that "it appears the staff at this winery are covering for subject."

Thereafter, I transmitted courtesy copies of the complaint to your office and inquired whether your client would authorize service of process by email upon your office on his behalf. You responded that Mr. Palta had authorized service upon him through your office.

In reliance on that representation, I transmitted the summons and complaint to your office by email on two occasions. Both transmissions presently remain in "delivered, unopened" status.

I subsequently sought clarification as to whether your client had specifically authorized service *by email* upon your office. You replied, "Email is fine."

Following that confirmation, I transmitted an additional email identifying the date and time the summons and complaint had been sent and requested written confirmation that service had been accepted. That email was opened; however, no confirmation or denial of receipt was provided. The prior emails transmitting the summons and complaint remain in "delivered, unopened" status, with no indication that they have been opened.

Accordingly, please confirm that your office has accepted service of process on behalf of Mr. Palta.

For ease of reference, the summons and complaint were transmitted to your office at the following times:

- March 13 at 12:03 a.m.
- March 13 at 6:32 p.m.

To date, neither transmission has been opened or otherwise acknowledged.

Kindly provide written confirmation that service has been accepted on behalf of Mr. Palta.

Sincerely,
Serge Kannon

---

**Ruben E. Socarras** <RSocarras@cslawfl.com> Mon, Mar 16, 2026 at 7:52 PM
To: Serge Kannon <imagineth@gmail.com>
Cc: Jennifer Shand <jennifer@cslawfl.com>, Jafar Abuyounis <JAbuyounis@cslawfl.com>, Natasha Davila <Natasha@cslawfl.com>

Mr. Kannon,
I am aware of service on Affiliati Network, and it will be responding in due course. I also already advised you that we accepted service via email for Mr. Palta. I have a copy of the WORD version of the complaint you provided 3/6. I do not have any attachments from you from a 3/13 email. I also have a copy of the second amended complaint dated February 20, 2026 from the docket.

However, I suggest you provide us with an actual PDF version of the pleading/documents you intended to serve on Mr. Palta via email through our office.

Thank you

**Ruben E. Socarras**
Tel. (561) 609-3190

Direct. (561) 756-9469
Email rsocarras@cslawfl.com

signature_1773571382

[Quoted text hidden]

---

**Serge Kannon** <imagineth@gmail.com> Mon, Mar 16, 2026 at 7:59 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,
I will send this reply twice. Once without the PDF attachments and another with the PDF attachments. I did indeed send the PDF's on the 13th. Let's try again.

This transmission contains two attachments.

Sincerely,
Serge Kannon
[Quoted text hidden]

---

**2 attachments**

**Kannon_v_Affiliati_Second_Amended_Complaint.pdf**
102 KB

**Sanjay_Palta_Summons.pdf**
230 KB

---

**Serge Kannon** <imagineth@gmail.com> Mon, Mar 16, 2026 at 8:00 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,
I will send this reply twice. Once without the PDF attachments and another with the PDF attachments. I did indeed send the PDF's on the 13th. Let's try again.

This transmission contains no attachments.

Sincerely,
Serge Kannon

On Mon, Mar 16, 2026 at 7:52 PM Ruben E. Socarras <RSocarras@cslawfl.com> wrote:
[Quoted text hidden]

# Exhibit 8

# Service of process difficulty.

4 messages

**Serge Kannon** <imagineth@gmail.com> Mon, Mar 16, 2026 at 6:56 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,

Please be advised that Affiliati Network has been duly served through its registered agent.

With respect to Defendant Sanjay Palta, four attempts to effect personal service were undertaken by a licensed process-service company. Those attempts were unsuccessful. The process server reported that "it appears the staff at this winery are covering for subject."

Thereafter, I transmitted courtesy copies of the complaint to your office and inquired whether your client would authorize service of process by email upon your office on his behalf. You responded that Mr. Palta had authorized service upon him through your office.

In reliance on that representation, I transmitted the summons and complaint to your office by email on two occasions. Both transmissions presently remain in "delivered, unopened" status.

I subsequently sought clarification as to whether your client had specifically authorized service *by email* upon your office. You replied, "Email is fine."

Following that confirmation, I transmitted an additional email identifying the date and time the summons and complaint had been sent and requested written confirmation that service had been accepted. That email was opened; however, no confirmation or denial of receipt was provided. The prior emails transmitting the summons and complaint remain in "delivered, unopened" status, with no indication that they have been opened.

Accordingly, please confirm that your office has accepted service of process on behalf of Mr. Palta.

For ease of reference, the summons and complaint were transmitted to your office at the following times:

- March 13 at 12:03 a.m.
- March 13 at 6:32 p.m.

To date, neither transmission has been opened or otherwise acknowledged.

Kindly provide written confirmation that service has been accepted on behalf of Mr. Palta.

Sincerely,
Serge Kannon

---

**Ruben E. Socarras** <RSocarras@cslawfl.com> Mon, Mar 16, 2026 at 7:52 PM
To: Serge Kannon <imagineth@gmail.com>
Cc: Jennifer Shand <jennifer@cslawfl.com>, Jafar Abuyounis <JAbuyounis@cslawfl.com>, Natasha Davila <Natasha@cslawfl.com>

Mr. Kannon,
I am aware of service on Affiliati Network, and it will be responding in due course. I also already advised you that we accepted service via email for Mr. Palta. I have a copy of the WORD version of the complaint you provided 3/6. I do not have any attachments from you from a 3/13 email. I also have a copy of the second amended complaint dated February 20, 2026 from the docket.

However, I suggest you provide us with an actual PDF version of the pleading/documents you intended to serve on Mr. Palta via email through our office.

Thank you

**Ruben E. Socarras**
Tel. (561) 609-3190

Direct. (561) 756-9469
Email rsocarras@cslawfl.com

signature_1773571382

[Quoted text hidden]

---

**Serge Kannon** <imagineth@gmail.com> Mon, Mar 16, 2026 at 7:59 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,
I will send this reply twice. Once without the PDF attachments and another with the PDF attachments. I did indeed send the PDF's on the 13th. Let's try again.

This transmission contains two attachments.

Sincerely,
Serge Kannon
[Quoted text hidden]

**2 attachments**

**Kannon_v_Affiliati_Second_Amended_Complaint.pdf**
102 KB

**Sanjay_Palta_Summons.pdf**
230 KB

---

**Serge Kannon** <imagineth@gmail.com> Mon, Mar 16, 2026 at 8:00 PM
To: Ruben E. Socarras <RSocarras@cslawfl.com>

Mr. Socarras,
I will send this reply twice. Once without the PDF attachments and another with the PDF attachments. I did indeed send the PDF's on the 13th. Let's try again.

This transmission contains no attachments.

Sincerely,
Serge Kannon

On Mon, Mar 16, 2026 at 7:52 PM Ruben E. Socarras <RSocarras@cslawfl.com> wrote:
[Quoted text hidden]